UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
BILINSKI, JAMES L § Case No. 11-31175 DRC
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on      .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of             $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]             $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | | |
|---|---|---|
| Case No: | 11-31175 DRC Judge: Donald R. Cassling | Trustee Name: THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | BILINSKI, JAMES L | Date Filed (f) or Converted (c): 07/29/11 (f) |
| | | 341(a) Meeting Date: 08/29/11 |
| For Period Ending: | 11/06/14 | Claims Bar Date: 01/17/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Harris Bank checking acct #4986 $0 | 203.60 | 0.00 | | 0.00 | FA |
| (account frozen by American Bank); American Community Bank & Trust checking acct #2437 $203.60 | | | | | |
| 2. Residential deposit | 8,800.00 | 0.00 | | 0.00 | FA |
| 3. Household goods and furnishings, including audio, video, and computer equipment | 1,200.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5. Golf Clubs | 300.00 | 0.00 | | 0.00 | FA |
| 6. Rollover IRA | 18,100.00 | 0.00 | | 0.00 | FA |
| 7. 100% Stock ownership in American Plantsman | 0.00 | 0.00 | | 0.00 | FA |
| Corporation is insolvent; the liabilites are greater than the assets. | | | | | |
| 8. 100% ownership in Auburn Applebee, LLC- | 0.00 | 0.00 | | 0.00 | FA |
| Company is set up soley for Commercial building located at 223 Applebee, Barrington, IL 60010- see Schedule D. No activity since 2010; liabilities are greater than assetts | | | | | |
| 9. Debtors mother's estate | 500.00 | 82,000.00 | | 0.00 | FA |
| Hemrietta Bilinski Living Trust Dated May 20, 1997 - deceased 2/18/2011. | | | | | |
| Debtor received money and then fraudulently conveyed the funds. The 4 adversaries below were filed to recover a portion of the funds. | | | | | |
| 10. One cat | 0.00 | 0.00 | | 0.00 | FA |
| 11. Preference Adversary/Crawford/13-01000 (u) | 9,600.00 | 9,600.00 | | 3,200.00 | FA |
| 12. Preference Adversary/Bilinski, Teresa/13-01001 (u) | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 13. Preference Adversary/Lakeland College/13-01002 (u) | 27,500.00 | 27,500.00 | | 9,300.00 | FA |
| 14. Preference Adversary/Indiana State Univ./13-01003 (u) | 25,170.00 | 25,170.00 | | 25,170.00 | FA |

Gross Value of Remaining Assets

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*  Ver: 18.01

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 11-31175 | DRC | Judge: Donald R. Cassling | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | BILINSKI, JAMES L | | | Date Filed (f) or Converted (c): | 07/29/11 (f) |
| | | | | 341(a) Meeting Date: | 08/29/11 |
| | | | | Claims Bar Date: | 01/17/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $103,873.60 | $156,270.00 | | $37,670.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Debtor reviewed funds of approximately $82,000 via an inheritance just prior to the filing of the petition. The Debtor then fraudulently conveyed this money to various different entities. The Trustee filed 4 fraudulent conveyance adversaries to recover these funds and recovered a total of $ 37,670.00. The Trustee will review the claims and file objections thereto if necessary. After any claims objections are resolved, the Trustee will file the Final Report.

Initial Projected Date of Final Report (TFR): 03/15/15     Current Projected Date of Final Report (TFR): 03/15/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 11-31175 -DRC |
| Case Name: | BILINSKI, JAMES L |
| Taxpayer ID No: | *******1881 |
| For Period Ending: | 11/06/14 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0005 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/22/13 | 11 | Patricia Crawford<br>945 Ridgelawn Trail<br>Batavia, IL 60510 | | 1249-000 | 3,200.00 | | 3,200.00 |
| 11/22/13 | 13 | RohdeDales<br>607 North 8th St.<br>Sheboygan, WI 53081-4556 | Final Installment Payment on Settlement per Court Order. | 1249-000 | 9,300.00 | | 12,500.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 12,490.00 |
| 12/19/13 | 14 | Indiana State University<br>Terre Haute, IN 47809 | Settlement Payment per Court Order. | 1249-000 | 25,170.00 | | 37,660.00 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.25 | 37,625.75 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 55.93 | 37,569.82 |
| 02/11/14 | 001000 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Blanket Bond # 016026455 | 2300-000 | | 50.22 | 37,519.60 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.43 | 37,469.17 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 55.70 | 37,413.47 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 53.83 | 37,359.64 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 55.54 | 37,304.10 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 53.67 | 37,250.43 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 55.38 | 37,195.05 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 55.30 | 37,139.75 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 53.44 | 37,086.31 |

Page Subtotals 37,670.00 583.69

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 18.01

FORM 2

Page: 2

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-31175 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | BILINSKI, JAMES L | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0005  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1881 | | |
| For Period Ending: | 11/06/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 37,670.00 | 583.69 | 37,086.31 |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 37,670.00 | 583.69 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 37,670.00 | 583.69 | |
| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | |
| | | | Checking Account (Non-Interest Earn - *******0005) | 37,670.00 | 583.69 | 37,086.31 |
| | | | | ----------------------- | ----------------------- | ----------------------- |
| | | | | 37,670.00 | 583.69 | 37,086.31 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

UST Form 101-7-TFR (5/1/2011) (Page: 6)                                Ver: 18.01
LFORM24

| | | CLAIMS ANALYSIS | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: November 06, 2014 |

Case Number:   11-31175  
Debtor Name:   BILINSKI, JAMES L

Claimant's Name Sequence

| Code # | Creditor Name & Address | Claim Class   Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|
| 1<br>070<br>7100-90 | American Bank<br>C/O Jacqueline M. Helmrick<br>330 N. Wabash, Suite 1700<br>Chicago, IL 60611 | Unsecured<br>(1-1) Money Loaned/Guaranteed/Judgment | $0.00 | $143,429.29 | $143,429.29 |
| 3<br>070<br>7100-00 | Bureaus Investment Group Portfolio<br>No 15 LLC<br>c/o Recovery Management Systems<br>Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured<br>(3-1) HSBC CARD SERVICES, INC. | $0.00 | $4,503.29 | $4,503.29 |
| 4<br>070<br>7100-90 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured<br>(4-1) Modified to correct creditor's address (Modified on 11/12/13)cm | $0.00 | $16,219.99 | $16,219.99 |
| 001<br>2700-00 | CLERK OF THE U.S. BANKRUPTCY<br>COURT<br>219 S. DEARBORN STREET<br>CHICAGO, IL 60604<br>Attn: Fiscal Department | Administrative | $0.00 | $1,172.00 | $1,172.00 |
| 6<br>070<br>7100-00 | FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | Unsecured | $0.00 | $10,884.66 | $10,884.66 |
| 5<br>070<br>7100-90 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | Unsecured | $0.00 | $8,193.16 | $8,193.16 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | $0.00 | $50.22 | $50.22 |
| 2<br>070<br>7100-00 | Janet Jarva<br>C/O Stephen J. Costello<br>19 N. Western Avenue<br>Carpenterville, IL 60110 | Unsecured<br>(2-1) Claim for unpaid wages<br>(2-1) Modified to correct creditor's address (modified on 2/16/2012)<br><br>Order entered 10/10/14 reclassifying claim as general unsecured claim | $0.00 | $21,128.18 | $21,128.18 |
| 001<br>3110-00 | SPRINGER BROWN, LLC<br>Wheaton Executive Center<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Administrative | $0.00 | $11,251.00 | $11,251.00 |
| 001<br>2100-00 | Thomas E. Springer, Trustee<br>Wheaton Executive Center<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL  60187 | Administrative | $0.00 | $4,517.00 | $4,517.00 |

| | | CLAIMS ANALYSIS | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: November 06, 2014 |

Case Number:  11-31175  
Debtor Name:  BILINSKI, JAMES L

Claimant's Name Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7<br>070<br>7100-90 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines IA 50306-0438 | Unsecured | (7-1) unsecured claim | $0.00 | $5,653.48 | $5,653.48 |
| | Case Totals: | | | $0.00 | $227,002.27 | $227,002.27 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-31175 DRC
Case Name: BILINSKI, JAMES L
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

    Balance on hand      $_____

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: SPRINGER BROWN, LLC | $ | $ | $ |
| Charges: CLERK OF THE U.S. BANKRUPTCY COURT | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____
    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Bank | $ | $ | $ |
| 2 | Janet Jarva | $ | $ | $ |
| 3 | Bureaus Investment Group Portfolio No 15 LLC | $ | $ | $ |
| 4 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 5 | Fifth Third Bank | $ | $ | $ |
| 6 | FedLoan Servicing | $ | $ | $ |
| 7 | Wells Fargo Bank NA | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE