# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BILINSKI, JAMES L | § | Case No. 11-31175 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
            CLERK OF THE U.S. BANKRUPTCY COURT
            219 S. DEARBORN STREET
            CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/05/2014 in Courtroom 240,
            United States Courthouse
            Old Kane County Courthouse
            100 S. Third Street, Geneva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____


*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
BILINSKI, JAMES L § Case No. 11-31175
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 37,670.00 |
| and approved disbursements of | $ | 583.69 |
| leaving a balance on hand of[1] | $ | 37,086.31 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 4,517.00 | $ 0.00 | $ 4,517.00 |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ 11,017.50 | $ 0.00 | $ 11,017.50 |
| Attorney for Trustee Expenses: SPRINGER BROWN, LLC | $ 233.50 | $ 0.00 | $ 233.50 |
| Charges: CLERK OF THE U.S. BANKRUPTCY COURT | $ 1,172.00 | $ 0.00 | $ 1,172.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 50.22 | $ 50.22 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     16,940.00

Remaining Balance     $     20,146.31

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 210,012.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Bank | $ 143,429.29 | $ 0.00 | $ 13,759.07 |
| 2 | Janet Jarva | $ 21,128.18 | $ 0.00 | $ 2,026.81 |
| 3 | Bureaus Investment Group Portfolio No 15 LLC | $ 4,503.29 | $ 0.00 | $ 432.00 |
| 4 | Capital One Bank (USA), N.A. | $ 16,219.99 | $ 0.00 | $ 1,555.97 |
| 5 | Fifth Third Bank | $ 8,193.16 | $ 0.00 | $ 785.96 |
| 6 | FedLoan Servicing | $ 10,884.66 | $ 0.00 | $ 1,044.16 |
| 7 | Wells Fargo Bank NA | $ 5,653.48 | $ 0.00 | $ 542.34 |
| | Total to be paid to timely general unsecured creditors | | | $ 20,146.31 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 11-31175-DRC
James L Bilinski                                                 Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales          Page 1 of 2          Date Rcvd: Nov 10, 2014
                              Form ID: pdf006          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2014.
```
db            +James L Bilinski,    206 N. Water St., Unit 403,    Batavia, IL 60510-2686
17608195      +American Bank,    C/O Jacqueline M. Helmrick,    330 N. Wabash, Suite 1700,
               Chicago, IL 60611-7765
17608197      +Aronberg Goldgehn Davis & Garmisa,    330 N. Wabash Ave., Suite 1700,    Chicago, IL 60611-7765
17608198      +Auburn Applebee, LLC,    223 Applebee Street,    Barrington, IL 60010-3036
17608200     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One, N.a.,    Bankruptcy Dept,    Po Box 5155,
               Norcross, GA 30091)
21208266       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC 28272-1083
17608201      +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
17608202      +Chrysler Credit,    Po Box 9218,    Farmington Hills, MI 48333-9218
17608203      +Citifinancial,    300 Saint Paul Place,    Baltimore, MD 21202-2120
17608204      +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
17608206      +Dsnd Macy's,    PO Box 8218,    Mason, OH 45040-8218
17608209     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,    PO Box 630778,    Cincinnati, OH 45263)
17608207      +Favaro & Gorman, Ltd.,    835 Sterling Ave., Ste. 100,    Palatine, IL 60067-2246
17608208      +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
21348602       FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
21219048      +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
17608210       First Usa,    Po Box 8650,    Wilmington, DE 19899
17608214      +Grange Bk,    650 S Front St,    Columbus, OH 43206-1014
17608216      +HFC,    PO Box 17574,    Baltimore, MD 21297-1574
17608217      +HSBC,    PO Box 5243,    Carol Stream, IL 60197-5243
17608215      +Harris, N.A.,    PO Box 94033,    Palatine, IL 60094-4033
17608218      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
17608219      +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
17608220      +Janet Jarva,    C/O Stephen J. Costello,    19 N. Western Avenue,    Carpenterville, IL 60110-1730
17608221      +Jennifer S. Wiesner,    201 West Washington,    West Chicago, IL 60185-2728
17608223      +Lane Bryant,    World Financial Bank,    PO Box 182273,    Columbus, OH 43218-2273
17608225      +Pier One,    Chase Card Services,    PO Box 94014,    Palatine, IL 60094-4014
17608226      +Ralph Black,    c/o Air Pressure Damp Proofing,    3102 Tollview Rd.,
               Rolling Meadows, IL 60008-3704
17608227      +Richard Snow, Esq.,    123 West Madison Street, Ste. 310,    Chicago, IL 60602-4511
17608228      +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
17608229      +Teresa Bilinski,    383 Willington Dr., Apt. 101A,    Bartlett, IL 60103-7911
17608231      +United VISA,    PO Box 6120,    Rapid City, SD 57709-6120
17608232       Weath Realty Group, LLC,    647 Philip Drive,    Addison, IL 60101
21393063       Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA 50306-0438
17608233      +Wf Fin Bank,    Wells Fargo Financial,    4137 121st St,    Urbendale, IA 50323-2310
17608205       dsnb Macy's,    9111 Duke Blvd.,    Libertyville, IL 60048
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21206317       E-mail/PDF: rmscedi@recoverycorp.com Nov 11 2014 01:31:48
               Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
17608199      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 11 2014 01:31:03    Capital One,
               c/o American Infosource,    PO Box 54529,    Oklahoma City, OK 73154-1529
17608212      +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2014 01:30:16     GEMB/ Old navy,    ATTN: BK,
               PO Box 103104,    Roswell, GA 30076-9104
17608213      +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2014 01:33:12     GEMB/Sams Club,
               ATTN: Bankruptcy Department,    Po box 105968,    Atlanta, GA 30348-5968
17608211      +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2014 01:33:12     Gap,    2 Folsom St.,
               San Francisco, CA 94105-1205
17608222      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 11 2014 01:24:06      Kohls,
               ATTN: Recovery Dept.,    PO Box 3120,    Milwaukee, WI 53201-3120
17608224      +E-mail/Text: bnc@nordstrom.com Nov 11 2014 01:24:10     Nordstrom Bank,    PO Box 6555,
               Englewood, CO 80155-6555
17608230      +E-mail/Text: bnc@ursi.com Nov 11 2014 01:24:00    United Recovery Systems,    PO box 722910,
               Houston, TX 77272-2910
                                                                                              TOTAL: 8
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
17608196     ##+American Plantsman Insurance,    223 Applebee Street,    Barrington, IL 60010-3036
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: ccabrales           Page 2 of 2                  Date Rcvd: Nov 10, 2014
                              Form ID: pdf006           Total Noticed: 44
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2014 at the address(es) listed below:

```
              Elizabeth A. Bates    on behalf of Plaintiff Thomas E. Springer ebates@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Elizabeth A. Bates    on behalf of Trustee Thomas E Springer ebates@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Jacqueline M Helmrick    on behalf of Creditor    American Bank jhelmrick@agdglaw.com,
               wserritella@agdglaw.com
              Kristine   Kolky    on behalf of Plaintiff    American Bank kkolky@agdglaw.com,
               etapia@agdglaw.com;clong@agdglaw.com
              Meredith S Fox    on behalf of Plaintiff Thomas E Springer tspringer@springerbrown.com
              Meredith S Fox    on behalf of Plaintiff Thomas E. Springer tspringer@springerbrown.com
              Michele M Springer    on behalf of Trustee Thomas E Springer mspringer@springerbrown.com,
               marigonzo@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Stephen S Newland    on behalf of Debtor James L Bilinski steve@newlandlaw.com,
               mike@newlandlaw.com;lori@newlandlaw.com
              Stephen S Newland    on behalf of Defendant James L Bilinski steve@newlandlaw.com,
               mike@newlandlaw.com;lori@newlandlaw.com
              Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
              Thomas E Springer    tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
              Thomas E Springer    on behalf of Plaintiff Thomas E Springer tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
                                                                                             TOTAL: 13
```