UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
BILINSKI, JAMES L § Case No. 11-31175
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By: /s/THOMAS E. SPRINGER, TRUSTEE_____
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Bank 1700 Rockville Pike Rockville, MD 20852 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Weath Realty Group, LLC 647 Philip Drive Addison, IL 60101 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Thomas E. Springer, Trustee | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| Clerk Of The Bankruptcy Court | | | | | |
| Springer Brown, Llc | | | | | |
| Springer Brown, Llc | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Janet Jarva Favaro & Gorman, Ltd. 835 Sterling Ave., Ste. 100 Palatine, IL 60067 | | | | | |
| | Teresa Bilinski;383 Willington Dr., Apt. 101A;Bartlett, IL 60103 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One c/o American Infosource PO Box 54529 Oklahoma City, OK 73154 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, N.a. Bankruptcy Dept Po Box 5155 Norcross, GA 30091 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chrysler Credit Po Box 9218 Farmington Hills, MI 48333 | | | | | |
| | Citifinancial 300 Saint Paul Place Baltimore, MD 21202 | | | | | |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | | | | |
| | Fifth Third Bank PO Box 630778 Cincinnati, OH 45263 | | | | | |
| | First Usa Po Box 8650 Wilmington, DE 19899 | | | | | |
| | GEMB/ Old navy ATTN: BK PO Box 103104 Roswell, GA 30076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GEMB/Sams Club ATTN: Bankruptcy Department Po box 105968 Atlanta, GA 30353 | | | | | |
| | Gap 2 Folsom St. San Francisco, CA 94105 | | | | | |
| | Grange Bk 650 S Front St Columbus, OH 43206 | | | | | |
| | HFC PO Box 17574 Baltimore, MD 21297 | | | | | |
| | HSBC PO Box 5243 Carol Stream, IL 60197 | | | | | |
| | Harris, N.A. PO Box 94033 Palatine, IL 60094 | | | | | |
| | Harris, N.A. PO Box 94033 Palatine, IL 60094 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc Best Buy Attn: Bankruptcy Po Box 5263 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls ATTN: Recovery Dept. PO Box 3120 Milwaukee, WI 53201 | | | | | |
| | Lane Bryant World Financial Bank PO Box 182273 Columbus, OH 43218 | | | | | |
| | Nordstrom Bank PO Box 6555 Englewood, CO 80155 | | | | | |
| | Pier One Chase Card Services PO Box 94014 Palatine, IL 60094 | | | | | |
| | Ralph Black c/o Air Pressure Damp Proofing 3102 Tollview Rd. Rolling Meadows, IL 60008 | | | | | |
| | Sears/cbsd 701 East 60th St N Sioux Falls, SD 57117 | | | | | |
| | Teresa Bilinski 383 Willington Dr., Apt. 101A Bartlett, IL 60103 | | | | | |
| | United VISA PO Box 6120 Rapid City, SD 57709 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wf Fin Bank Wells Fargo Financial 4137 121st St Urbendale, IA 50323 | | | | | |
| | dsnb Macy's 9111 Duke Blvd. Libertyville, IL 60048 | | | | | |
| 3 | Bureaus Investment Group Portfolio | | | | | |
| 6 | Fedloan Servicing | | | | | |
| 2 | Janet Jarva | | | | | |
| 1 | American Bank | | | | | |
| 4 | Capital One Bank (Usa), N.A. | | | | | |
| 5 | Fifth Third Bank | | | | | |
| 7 | Wells Fargo Bank Na | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-31175 | DRC | Judge: Donald R. Cassling | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | BILINSKI, JAMES L | | | Date Filed (f) or Converted (c): | 07/29/11 (f) |
| | | | | 341(a) Meeting Date: | 08/29/11 |
| For Period Ending: | 03/13/15 | | | Claims Bar Date: | 01/17/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Harris Bank checking acct #4986 $0 (account frozen by American Bank); American Community Bank & Trust checking acct #2437 $203.60 | 203.60 | 0.00 | | 0.00 | FA |
| 2. Residential deposit | 8,800.00 | 0.00 | | 0.00 | FA |
| 3. Household goods and furnishings, including audio, video, and computer equipment | 1,200.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5. Golf Clubs | 300.00 | 0.00 | | 0.00 | FA |
| 6. Rollover IRA | 18,100.00 | 0.00 | | 0.00 | FA |
| 7. 100% Stock ownership in American Plantsman Corporation is insolvent; the liabilites are greater than the assets. | 0.00 | 0.00 | | 0.00 | FA |
| 8. 100% ownership in Auburn Applebee, LLC- Company is set up soley for Commercial building located at 223 Applebee, Barrington, IL 60010- see Schedule D. No activity since 2010; liabilities are greater than assetts | 0.00 | 0.00 | | 0.00 | FA |
| 9. Debtors mother's estate Hemrietta Bilinski Living Trust Dated May 20, 1997 - deceased 2/18/2011. Debtor received money and then fraudulently conveyed the funds. The 4 adversaries below were filed to recover a portion of the funds. | 500.00 | 82,000.00 | | 0.00 | FA |
| 10. One cat | 0.00 | 0.00 | | 0.00 | FA |
| 11. Preference Adversary/Crawford/13-01000 (u) | 9,600.00 | 9,600.00 | | 3,200.00 | FA |
| 12. Preference Adversary/Bilinski, Teresa/13-01001 (u) | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 13. Preference Adversary/Lakeland College/13-01002 (u) | 27,500.00 | 27,500.00 | | 9,300.00 | FA |
| 14. Preference Adversary/Indiana State Univ./13-01003 (u) | 25,170.00 | 25,170.00 | | 25,170.00 | FA |

Gross Value of Remaining Assets

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 11-31175 | DRC | Judge: Donald R. Cassling | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | BILINSKI, JAMES L | | | Date Filed (f) or Converted (c): | 07/29/11 (f) |
| | | | | 341(a) Meeting Date: | 08/29/11 |
| | | | | Claims Bar Date: | 01/17/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $103,873.60 | $156,270.00 | | $37,670.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Debtor reviewed funds of approximately $82,000 via an inheritance just prior to the filing of the petition. The Debtor then fraudulently conveyed this money to various different entities. The Trustee filed 4 fraudulent conveyance adversaries to recover these funds and recovered a total of $ 37,670.00. The Trustee will review the claims and file objections thereto if necessary. After any claims objections are resolved, the Trustee will file the Final Report.

Initial Projected Date of Final Report (TFR): 03/15/15     Current Projected Date of Final Report (TFR): 03/15/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-31175 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | BILINSKI, JAMES L | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0005 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1881 | | |
| For Period Ending: | 03/13/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/22/13 | | Patricia Crawford<br>945 Ridgelawn Trail<br>Batavia, IL 60510 | | 1249-000 | 3,200.00 | | 3,200.00 |
| 11/22/13 | 11 | Asset Sales Memo: | Preference Adversary/Crawford/13-01000 $3,200.00 | | | | 3,200.00 |
| 11/22/13 | | RohdeDales<br>607 North 8th St.<br>Sheboygan, WI 53081-4556 | Final Installment Payment on | 1249-000 | 9,300.00 | | 12,500.00 |
| 11/22/13 | 13 | Asset Sales Memo: | Preference Adversary/Lakeland College/13-01002 $9,300.00<br>Settlement per Court Order. | | | | 12,500.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 12,490.00 |
| 12/19/13 | | Indiana State University<br>Terre Haute, IN 47809 | Settlement Payment | 1249-000 | 25,170.00 | | 37,660.00 |
| 12/19/13 | 14 | Asset Sales Memo: | Preference Adversary/Indiana State Univ./13-01003 $25,170.00<br>per Court Order. | | | | 37,660.00 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.25 | 37,625.75 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 55.93 | 37,569.82 |
| 02/11/14 | 001000 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Blanket Bond # 016026455 | 2300-000 | | 50.22 | 37,519.60 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.43 | 37,469.17 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 55.70 | 37,413.47 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 53.83 | 37,359.64 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 55.54 | 37,304.10 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 53.67 | 37,250.43 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 55.38 | 37,195.05 |
| | | | Page Subtotals | | 37,670.00 | 474.95 | |

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-31175 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BILINSKI, JAMES L | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0005 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1881 | | | |
| For Period Ending: | 03/13/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 55.30 | 37,139.75 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 53.44 | 37,086.31 |
| * 01/06/15 | 001001 | Thomas E. Springer, Trustee<br>Wheaton Executive Center<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Trustee Compensation | 2100-003 | | 4,517.00 | 32,569.31 |
| * 01/06/15 | 001001 | Thomas E. Springer, Trustee<br>Wheaton Executive Center<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Trustee Compensation<br>incorrect amount; check never printed | 2100-003 | | -4,517.00 | 37,086.31 |
| * 01/06/15 | 001002 | CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S. DEARBORN STREET<br>CHICAGO, IL 60604<br>Attn: Fiscal Department | Adv. Filing fees;13-01000; 13-01001<br>13-01002; 13-01003 | 2700-003 | | 1,172.00 | 35,914.31 |
| * 01/06/15 | 001002 | CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S. DEARBORN STREET<br>CHICAGO, IL 60604<br>Attn: Fiscal Department | Adv. Filing fees;13-01000; 13-01001<br>incorrect amounts; check never printed | 2700-003 | | -1,172.00 | 37,086.31 |
| * 01/06/15 | 001003 | SPRINGER BROWN, LLC<br>Wheaton Executive Center<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | | | 11,251.00 | 25,835.31 |
| | | | Fees        11,017.50 | 3110-003 | | | |
| | | | Expenses         233.50 | 3120-003 | | | |
| * 01/06/15 | 001003 | SPRINGER BROWN, LLC<br>Wheaton Executive Center<br>400 S. County Farm Road | Attorney for Trustee Fees (Trustee<br>incorrect amounts; check never printed | | | -11,251.00 | 37,086.31 |

| | | Page Subtotals | 0.00 | 108.74 |
|---|---|---|---|---|

Ver: 18.03b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 11-31175 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | BILINSKI, JAMES L | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0005 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1881 | | |
| For Period Ending: | 03/13/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 330<br>Wheaton, IL 60187 | Fees ( 11,017.50 )<br>Expenses ( 233.50 ) | 3110-003<br>3120-003 | | | |
| * 01/06/15 | 001004 | Janet Jarva<br>C/O Stephen J. Costello<br>19 N. Western Avenue<br>Carpenterville, IL 60110 | Claim 2, Payment 9.59292% | 7100-003 | | 2,026.81 | 35,059.50 |
| * 01/06/15 | 001004 | Janet Jarva<br>C/O Stephen J. Costello<br>19 N. Western Avenue<br>Carpenterville, IL 60110 | Claim 2, Payment 9.59292%<br>wrong amount; check never printed | 7100-003 | | -2,026.81 | 37,086.31 |
| * 01/06/15 | 001005 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 3, Payment 9.59299% | 7100-003 | | 432.00 | 36,654.31 |
| * 01/06/15 | 001005 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 3, Payment 9.59299%<br>wrong amount; check never printed | 7100-003 | | -432.00 | 37,086.31 |
| * 01/06/15 | 001006 | FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | Claim 6, Payment 9.59295% | 7100-003 | | 1,044.16 | 36,042.15 |
| * 01/06/15 | 001006 | FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | Claim 6, Payment 9.59295%<br>wrong amount; check never printed | 7100-003 | | -1,044.16 | 37,086.31 |
| * 01/06/15 | 001007 | American Bank<br>C/O Jacqueline M. Helmrick<br>330 N. Wabash, Suite 1700<br>Chicago, IL 60611 | Claim 1, Payment 9.59293% | 7100-903 | | 13,759.07 | 23,327.24 |

Page Subtotals    0.00    13,759.07

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-31175 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BILINSKI, JAMES L | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0005 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1881 | | | |
| For Period Ending: | 03/13/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 01/06/15 | 001007 | American Bank<br>C/O Jacqueline M. Helmrick<br>330 N. Wabash, Suite 1700<br>Chicago, IL 60611 | Claim 1, Payment 9.59293%<br>wrong amount; check never printed | 7100-903 | | -13,759.07 | 37,086.31 |
| * 01/06/15 | 001008 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 4, Payment 9.59292% | 7100-903 | | 1,555.97 | 35,530.34 |
| * 01/06/15 | 001008 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 4, Payment 9.59292%<br>wrong amount; check never printed | 7100-903 | | -1,555.97 | 37,086.31 |
| * 01/06/15 | 001009 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | Claim 5, Payment 9.59288% | 7100-903 | | 785.96 | 36,300.35 |
| * 01/06/15 | 001009 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | Claim 5, Payment 9.59288%<br>wrong amount; check never printed | 7100-903 | | -785.96 | 37,086.31 |
| * 01/06/15 | 001010 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines IA 50306-0438 | Claim 7, Payment 9.59303% | 7100-903 | | 542.34 | 36,543.97 |
| * 01/06/15 | 001010 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines IA 50306-0438 | Claim 7, Payment 9.59303%<br>wrong amount; check never printed | 7100-903 | | -542.34 | 37,086.31 |
| 01/10/15 | 001011 | Thomas E. Springer, Trustee<br>Wheaton Executive Center<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Trustee Compensation | 2100-000 | | 4,517.00 | 32,569.31 |
| 01/10/15 | 001012 | CLERK OF THE U.S. BANKRUPTCY COURT | Adv. Filing fees;13-01000; 13-01001 | 2700-000 | | 1,172.00 | 31,397.31 |

Page Subtotals     0.00     -8,070.07

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 11-31175 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BILINSKI, JAMES L | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0005 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1881 | | | |
| For Period Ending: | 03/13/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/10/15 | 001013 | 219 S. DEARBORN STREET<br>CHICAGO, IL 60604<br>Attn: Fiscal Department<br>SPRINGER BROWN, LLC<br>Wheaton Executive Center<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | 13-01002; 13-01003<br><br>Attorney for Trustee Fees (Trustee<br><br><br>Fees          11,017.50<br>Expenses          233.50 | <br><br><br><br><br><br>3110-000<br>3120-000 | | 11,251.00 | 20,146.31 |
| 01/10/15 | 001014 | Janet Jarva<br>C/O Stephen J. Costello<br>19 N. Western Avenue<br>Carpenterville, IL 60110 | Claim 2, Payment 9.59292% | 7100-000 | | 2,026.81 | 18,119.50 |
| 01/10/15 | 001015 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 3, Payment 9.59299% | 7100-000 | | 432.00 | 17,687.50 |
| 01/10/15 | 001016 | FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | Claim 6, Payment 9.59295% | 7100-000 | | 1,044.16 | 16,643.34 |
| 01/10/15 | 001017 | American Bank<br>C/O Jacqueline M. Helmrick<br>330 N. Wabash, Suite 1700<br>Chicago, IL 60611 | Claim 1, Payment 9.59293% | 7100-900 | | 13,759.07 | 2,884.27 |
| 01/10/15 | 001018 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 4, Payment 9.59292% | 7100-900 | | 1,555.97 | 1,328.30 |
| 01/10/15 | 001019 | Fifth Third Bank | Claim 5, Payment 9.59288% | 7100-900 | | 785.96 | 542.34 |
| | | | Page Subtotals | | 0.00 | 30,854.97 | |

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-31175 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | BILINSKI, JAMES L | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0005 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1881 | | |
| For Period Ending: | 03/13/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/10/15 | 001020 | 9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243<br>Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines IA 50306-0438 | Claim 7, Payment 9.59303% | 7100-900 | | 542.34 | 0.00 |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | 37,670.00 | 37,670.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 37,670.00 | 37,670.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 37,670.00 | 37,670.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********0005 | 37,670.00 | 37,670.00 | 0.00 |
|  | ----------------------- | ----------------------- | ----------------------- |
|  | 37,670.00 | 37,670.00 | 0.00 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  542.34